# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Animal Medical Center of Orland Park, Inc.

                              Plaintiff,

v.                                                         Case No.: 1:20–cv–02803
                                                         Honorable Mary M. Rowland

Scratchpay Financial, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Plaintiff's counsel appeared telephonically. Defense counsel failed to appear. Parties are in the process of finalizing the settlement. Individual plaintiff, Animal Medical Center of Orland park, Inc's claims are dismissed without prejudice until 1/14/21. On 1/15/21 this dismissal will convert to a dismissal with prejudice. Any class claims alleged in the Complaint are dismissed without prejudice. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.